10 JUN -3 AM 8: 15

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM TAYLOR SCOTT,<br><br>                            Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br>Administration,<br><br>                    Defendant. | CASE NO. 10cv1167 BEN (PCL)<br><br>**ORDER GRANTING MOTION TO<br>PROCEED IN FORMA PAUPERIS<br>AND REFERRING MATTER TO<br>MAGISTRATE JUDGE** |

On May 28, 2010, Plaintiff William Taylor Scott filed a Complaint against Defendant Commissioner of Social Security Michael J. Astrue, challenging Defendant's denial of Plaintiff's claim for Social Security benefits. (Dkt. No. 1.) Scott has also filed an application to proceed in forma pauperis ("IFP"). (Dkt. No. 2.)

Under 28 U.S.C. § 1915,

> any court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding . . . without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such [person] possesses that the person is unable to pay such fees or give security therefor.

28 U.S.C. § 1915(a)(1). Plaintiff states that he is not currently employed, does not own a car, and does not have any other assets. (Doc. No. 2 at 2-3.) He has a checking account, but only a minimal balance. (*Id.* at 2-3.)

//

1    Given these circumstances, the Court **GRANTS** Plaintiff's Application to Proceed IFP. *See*
2    28 U.S.C. § 1915(a)(1).

3    In addition, this Social Security appeal is hereby referred to the Honorable Peter C. Lewis,
4    United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(c) for
5    scheduling and Report and Recommendation.

6
7    **IT IS SO ORDERED**.
8
9    DATED: June 02, 2010

     Hon. Roger T. Benitez
10   United States District Court Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

10cv1167