FILED

2012 JUN -4  AM 10: 15

CLERK US [...]
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM TAYLOR SCOTT,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF THE SOCIAL<br>SECURITY ADMINISTRATION,<br><br>　　　　　　　　　　Defendant. | CASE NO. 10cv1167 BEN (PCL)<br><br>**ORDER ADOPTING REPORT<br>AND RECOMMENDATION** |

　　　Plaintiff William Taylor Scott filed this action seeking judicial review of a final decision of the Commissioner of Social Security denying his application for Supplemental Security Income Payments. The matter was referred for Report and Recommendation. Plaintiff filed a Motion for Summary Judgment and Defendant filed a Cross-Motion for Summary Judgment. (Dkt. Nos. 19-20.)

　　　On April 13, 2012, Magistrate Judge Peter C. Lewis issued a thoughtful and thorough Report and Recommendation recommending this Court deny Plaintiff's Motion for Summary Judgment and grant Defendant's Cross-Motion for Summary Judgment. (Dkt. No. 23.) Any objections to the Report and Recommendation were due May 4, 2012. (*Id.*) Plaintiff did not file any objections.

A district judge "may accept, reject, or modify the recommended disposition" of a magistrate judge on a dispositive matter. FED. R. CIV. P. 72(b)(3); *see also* 28 U.S.C. §636(b)(1). "[T]he district judge must determine de novo any part of the [report and recommendation] that has been properly objected to." FED. R. CIV. P. 72(b)(3). However, "[t]he statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis in original), *cert denied*, 540 U.S. 900 (2003); *see also Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005). "Neither the Constitution nor the statute requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct." *Reyna-Tapia*, 328 F.3d at 1121.

In the absence of any objections, the Court fully **ADOPTS** Judge Lewis' Report and Recommendation. Plaintiff's Motion for Summary Judgment is **DENIED**. Defendant's Cross-Motion for Summary Judgment is **GRANTED**.

**IT IS SO ORDERED.**

DATED: June / , 2012

Hon. Roger T. Benitez
United States District Judge